1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9                          Plaintiff,

10       v.

11  KEVIN VELASQUEZ,

12                          Defendant.

Case No. 25-MJ-059

**DETENTION ORDER**

13       The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

14  and based upon the factual findings and statement of reasons for detention hereafter set forth,

15  finds that no condition or combination of conditions which the defendant can meet will

16  reasonably assure the appearance of the defendant as required and the safety of any other person

17  and the community.

18  **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

19       (1)    Defendant has been charged by complaint with possession of controlled

20  substances with intent to distribute.  The Court received no information about defendant's

21  personal history, residence, family or community ties, employment history, financial status,

22  health, and substance use.  The defendant through his attorney made no argument as to release,

23  lodged no objections to the contents of the United States Probation and Pretrial report, and

DETENTION ORDER - 1

1  stipulated to detention with a request to revisit the matter should additional information become

2  available.

3       It is therefore **ORDERED**:

4       (1)    Defendant shall be detained pending trial and committed to the custody of the

5  Attorney General for confinement in a correctional facility separate, to the extent practicable,

6  from persons awaiting or serving sentences, or being held in custody pending appeal;

7       (2)    Defendant shall be afforded reasonable opportunity for private consultation with

8  counsel;

9       (3)    On order of a court of the United States or on request of an attorney for the

10  Government, the person in charge of the correctional facility in which Defendant is confined

11  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

12  connection with a court proceeding; and

13       (4)    The Clerk shall direct copies of this order to counsel for the United States, to

14  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

15  Officer.

16       DATED this 11th day of April , 2025.

17

18                      PAULA L. MCCANDLIS
                     United States Magistrate Judge

19

20

21

22

23

DETENTION ORDER - 2